UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PILAR MACCHIONE,

                          Plaintiff,

          -against-

UBASE INTERNATIONAL AMERICA, INC.;
TAE KIM,

                          Defendants.

25-CV-10238 (AS)

ORDER OF SERVICE

ARUN SUBRAMANIAN, United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action under Title VII of the Civil Rights

Act of 1964, the Age Discrimination in Employment Act, the Americans with Disabilities Act of

1990, the Family and Medical Leave Act of 1993, and the New York State and City Human

Rights Laws. By order dated January 2, 2026, the court granted Plaintiff's request to proceed *in

forma pauperis* ("IFP"), that is, without prepayment of fees.

## DISCUSSION

Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on

the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123

n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve

all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals

Service to serve if the plaintiff is authorized to proceed IFP).

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons
be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could
not have effected service until the Court reviewed the complaint and ordered that any
summonses be issued. The Court therefore extends the time to serve until 90 days after the date
any summonses issue.

To allow Plaintiff to effect service on Defendants UBASE International America, Inc. and Tae Kim through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

### CONCLUSION

The Clerk of Court is directed to issue summonses for UBASE International America, Inc. and Tae Kim, complete the USM-285 form with the address for Defendants, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is also directed to mail an information package to Plaintiff.

SO ORDERED.

Dated:    January 7, 2026
          New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge

2

**SERVICE ADDRESS FOR EACH DEFENDANT**

1.   UBASE International America, Inc.
     555 Eighth Avenue, Suite 1710
     New York, NY 10018

2.   Tae Kim
     c/o UBASE International America, Inc.
     530 7th Avenue, Suite 2206
     New York, NY 10018